FILED
RICHARD W. NAGEL
CLERK OF COURT
2020 DEC -7 PM 2:14
U.S. DISTRICT COURT
SOUTHERN DIST. OHIO
EAST. DIV. COLUMBUS

① 2 20CV6276

Southern District Court of Columbus, Ohio Courts.

Scott A. Sears

Filing pro-se asking that his fees be waived.

V.S.

The Lawsuit is to be Considered motion (lawsuit)

Wheeling Hospital
① Liz Sotomeyer (After the Fact.)
Jeffrey Abbott
(Head FBI) Scottie (info) only.
✱ All Insurance Company names
(Amend) known /unknown to Courts
② illegal Cowcator devices Conclusion —

Civil Suit

Judge Marbley

MAGISTRATE JUDGE JOLSON

12/5/20.

① Invasion of privacy.
② illegal Cowcators Devices 3yrs
③ illegal Cowcators devices

This is Scott A. Sears coming before Southern District Court, Judges filing Lawsuits on all said above to be Filed. This is Legal Document. Sears is Sueing for Invasion of Privacy for Jeffrey Abbott, Liz Sotomeyer both placing ② illegal Cowcator devices on Sears body at Wheeling Hospital when Sears was having Surgery illegally. These 2 both are being Sued for "undetermine Amount" on this lawsuit for not haveing Consent paperwork signed by Sears before placing ② illegal Cowcator devices on Sears body. Sears is filing in proper Jurisdiction cause of it being Ohio and all investigative complaints are in Belmont County Ohio. Sears asked for Cowcators to be taken off body, their still on Sears. This is a Lawsuit Sears ask for Federal

—over—

Indictments on all said above on (Lawsuit)
All Lawsuits should be filed Northern District
Court, Wheeling, WV (District Court) and Belmont
County; Columbus (District Court). See Dave
Lucas (Sheriff) on Incident. Sears is
Suing all above and Insurance Com. have
aswell. Sears Ask Court to investigate call
(Dave Lucas) Belmont County Sheriff office.
 Thank you." Sears has 3 locators illegally for
    3yrs now. Your being Sued.
All Copies                Sincerly,
Clerk of Courts         Scott A. Sears
FBI WV/NC/OH.
Bar Assoc.               12/5/20
Sears Ask that Court press charges and
have (2) Arrested. interrogated. Ankle monitors.
Don't dismiss case its the truth.
3yrs. illegally came up with nothing at all.
    Sears has Burden of Proof 3yrs.

"Amend" to case anything not known by
Courts known/unknown to court.
Insurance Company (names) "Amend" to
case.