IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| SCOTT A. SEARS, | : |
|           Plaintiff, | : Case No. 2:20-cv-06276 |
| v. | : CHIEF JUDGE ALGENON L. MARBLEY |
| WHEELING HOSPITAL, et al., | : Magistrate Judge Kimberly A. Jolson |
|           Defendants. | : |

**OPINION & ORDER**

This matter is before the Court on Magistrate Judge Jolson's Report and Recommendation. (EFC No. 9). Magistrate Jolson responds to Plaintiff Matthew Paul Saunders' Motion for Leave to Proceed *In Forma Pauperis* (ECF No. 4), recommending that the motion be denied and the case be dismissed for want of prosecution.

The Report and Recommendation was filed on February 17, 2021 and advised the parties that they had fourteen days thereafter to raise any objections. The Report and Recommendation also notified the parties that a failure to object within the applicable time period would result in a waiver of the right to have the district judge review the Report and Recommendation de novo.

The Court has reviewed the Report and Recommendation. Noting that no objections have been filed and that the time for filing such objections expired, this Court **ADOPTS** the Magistrate Judge's Report and Recommendation [#9] as this Court's findings of facts and law. The Court **DENIES** the Plaintiff's Motion [#4] and **DISMISSES** this case for want of prosecution.

IT IS SO ORDERED.

ALGENON L. MARBLEY
CHIEF UNITED STATES DISTRICT JUDGE

DATED:  April 13, 2021